# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR- 217 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR THOMAS KENNISTON |
| vs. | |
| THOMAS KENNISTON, aka Tommy Gunz, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **THOMAS KENNISTON**, #2828511, before the United States Magistrate Judge at Las Vegas, Nevada, on or about _____ I/A & A/P Thurs: 6/20/13  3:00 PM  RAM  3C _____, 2013, at the hour of 3:00 P.M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 6/11/13

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr- 217 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR THOMAS KENNISTON |
| THOMAS KENNISTON, aka Tommy Gunz, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **THOMAS KENNISTON**, #2828511, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **THOMAS KENNISTON** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **THOMAS KENNISTON** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on ___ , 2013, at the hour of_____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

[Handwritten: I/A & A/P Thurs: 6/20/13   3:00 PM   RAM 3C]

1  That the presence of the said **THOMAS KENNISTON** before the United
2  States Magistrate Judge on or about _____ I/A & A/P Thurs: 6/20/13  3:00 PM  RAM  3C _____, 2013, at the hour of
3  _____, and any further proceedings and from time to time and day to day thereafter
4  until excused by the Court has been ordered by the United States Magistrate or District
5  Judge for the District of Nevada.

6  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
7  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
8  Center and to the United States Marshal for the District of Nevada, commanding them to
9  produce the said **THOMAS KENNISTON** before the United States District Court on or about
10 _____ I/A & A/P Thurs: 6/20/13  3:00 PM  RAM  3C _____, 2013, at the hour of _____, and from time to time and
11 day to day thereafter, at such times and places as may be ordered and directed by the Court
12 entitled above, to appear before the Court, and when excused by the said Court, to be
13 returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.
14 **DATED** this 11th day of June, 2013.

15                               Respectfully submitted,

16                               DANIEL G. BOGDEN
                                 United States Attorney
17
18
19                               _____
                                 SUSAN CUSHMAN
                                 Assistant United States Attorney

2