RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS KENNISTON,<br><br>　　　　　Defendant. | 2:13-cr-217-APG-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for THOMAS KENNISTON, that the sentencing and disposition currently scheduled for Monday, May 11, 2015 at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Additional time is needed to review the presentence investigation report with Mr. Kenniston and to obtain sentencing mitigation documents. Undersigned counsel will by flying out to see Mr. Kenniston for this purpose at the end of the week.

　　　　2.　　Thereafter, once the documents are obtained and received, undersigned counsel will need time to prepare a sentencing memorandum.

　　　　3.　　The defendant is not incarcerated and agrees to the continuance in this matter.

///

1    4.    This is the first stipulation to continue filed herein.

2    DATED this 21st day of April, 2015.

4    RENE L. VALLADARES          DANIEL BOGDEN
     Federal Public Defender          United States of Attorney

     */s/ Raquel Lazo*                      */s/ Susan Cushman*
6    By: _____      By: _____
     RAQUEL LAZO,                     SUSAN CUSHMAN,
7    Assistant Federal Public Defender   Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS KENNISTON,<br><br>  Defendant. | 2:13-cr-217-APG-PAL<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, May 11, 2015 at the hour of 9:00 a.m., be vacated and continued to Monday, June 29, 2015, at 10:00 a.m. in Courtroom #6D.

DATED this 22nd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE