RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Thomas Kenniston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS KENNISTON,<br><br>Defendant. | Case No. 2:13-cr-217-JAD-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Thomas Kenniston, that the Revocation Hearing currently scheduled on January 8, 2018 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to obtain the sealed petition and review it with Mr. Kenniston.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of January, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Susan Cushman*<br>By_____<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-217-JAD-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| THOMAS KENNISTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 8, 2018 at 11:00 a.m., be vacated and continued to February 5, 2018 at hour of 9:30 a.m.

DATED this 3rd day of January, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT