**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>THOMAS KENNISTON,<br><br>Defendant. | Case No. 2:13-cr-217-JAD-PAL<br><br>~~PROPOSED~~ **ORDER**<br><br>ECF No. 113 |

    IT IS HEREBY ORDERED that Defendant Thomas Kenniston's supervised release violation petition be unsealed.

The Clerk of Court is directed to unseal the Petition and Order [ECF #'s 108 and 109].

DATED: 1/3/2018

_____
**UNITED STATES DISTRICT JUDGE**